UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GOLD VALUE INTERNATIONAL TEXTILE,
INC., *d/b/a* FIESTA FABRIC,

                        Plaintiff,

    -against-

ROSS STORES INC., MYTH CLOTHING
COMPANY, INC., *d/b/a* LIVE 4 TRUTH,
and DOES 1-10,

                        Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-3235 (KPF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 33).  A telephone conference will be held on **Wednesday, September 30, 2020 at 2:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                                                  _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2020