UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__09/30/2020
```

-----------------------------------------------------------------X

GOLD VALUE INTERNATIONAL TEXTILE,
INC., *d/b/a* FIESTA FABRIC,

                                Plaintiff,

           -against-

ROSS STORES INC., MYTH CLOTHING
COMPANY, INC., *d/b/a* LIVE 4 TRUTH,
and DOES 1-10,

                         Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**20-CV-3235 (KPF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A telephonic settlement conference in this matter is scheduled for **Wednesday, December 16, 2020 at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **December 9, 2020 by 5:00 p.m.**

       SO ORDERED.

Dated: September 30, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge