```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

  GOLD VALUE INTERNATIONAL TEXTILE,
  INC., *d/b/a* FIESTA FABRIC,

                        Plaintiff,

      -against-

  ROSS STORES INC., MYTH CLOTHING
  COMPANY, INC., *d/b/a* LIVE 4 TRUTH,
  and DOES 1-10,

                        Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

20-CV-3235 (KPF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light the Notice of Settlement filed on November 17, 2020 (doc. no 41) the Settlement Conference currently scheduled for **December 16, 2020** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: November 18, 2020
       New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge